WASHINGTON WOODS, INC. v. TORIS D'AGOSTINO, *ET AL.*

January 19, 1971. Petition for certification denied.

ALMA MC GLONE v. MICHAEL A. L. CORBI, *ET AL*
v. FORD MOTOR CO.

January 19, 1971. Petitions for certification granted.

SYDNEY KAPLAN, *ET AL* v.
SLEEP E HOLLOW MOTEL CO., *ET AL.*

January 19, 1971. Petition for certification denied. (See 112 *N. J. Super.* 296).

STATE OF NEW JERSEY v. ISIAH WEST.

January 19, 1971. Petition and cross petition for certification denied.

STATE OF NEW JERSEY v. ALVIN MC ADAMS.

January 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS SCOTT.

January 19, 1971. Petition for certification denied.